May 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

YOLANDA CERVANTES, Appellant

NO. 14-12-00208-CV                    V.

JOSE ANGEL CERVANTES, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 25, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by YOLANDA CERVANTES.

We further order this decision certified below for observance.